# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Michael Eugene Moss  
      Suzanne Marie Moss  
                Debtor(s)

CHAPTER 13

BKY. NO. 22-10007 JCM

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of Limosa LLC and index same on the master mailing list.

Respectfully submitted,

/s/ *Brent J. Lemon*
PA Western BK
19 Jul 2024, 12:46:19, EDT

Denise Carlon, Esq. (317226) ☐  
Brent Lemon, Esq. (86478) ☑  
KML Law Group, P.C.  
BNY Mellon Independence Center  
701 Market Street, Suite 5000  
Philadelphia, PA 19106  
412-430-3594  
bkgroup@kmllawgroup.com