IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY NO. 22-10007-JCM |
| | : | |
| MICHAEL EUGENE MOSS & | : | |
| SUZANNE MARIE MOSS, | : | HONORABLE JOHN C. MELARAGNO |
|     Debtors | : | |
| | : | |
| SN SERVICING CORPORATION, AS | : | CHAPTER 13 |
| SERVICER FOR US BANK TRUST, NA, AS | : | |
| TRUSTEE OF LB-IGLOO SERIES VI | : | RELATED TO CLAIM NO. 5 |
| TRUST, | : | |
|     Movant, | : | |
| | : | |
|           V. | : | |

MICHAEL EUGENE MOSS, SUZANNE
MARIE MOSS AND RONDA J.
WINNECOUR, CHAPTER 13 TRUSTEE,
    Respondents.

<u>DECLARATION REGARDING NOTICE OF POST-PETITION MORTGAGE FEES, EXPENSES &
CHARGES FILED IN COMPLIANCE WITH THE LOCAL RULES</u>

      I hereby certify as counsel for the Debtors that the existing Chapter 13 Plan is adequately funded and that there is no need to file an amended Chapter 13 Plan.

                                      Respectfully submitted,

                                      THE QUINN LAW FIRM

BY:     /s/ Michael S. Jan Janin
                  Michael S. Jan Janin, Esquire
                  PA Id. No. 38880
                  2222 West Grandview Boulevard
                  Erie, Pennsylvania 16506-4508
                  Telephone: 814-833-2222, Extension 1045
                  Facsimile: 814-833-6753
                  mjanjanin@quinnfirm.com
                  Counsel for Debtors

1713497

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY NO. 22-10007-JCM |
| | : | |
| MICHAEL EUGENE MOSS & | : | |
| SUZANNE MARIE MOSS, | : | HONORABLE JOHN C. MELARAGNO |
|    Debtors | : | |
| | : | |
| SN SERVICING CORPORATION, AS | : | CHAPTER 13 |
| SERVICER FOR US BANK TRUST, NA, AS | : | |
| TRUSTEE OF LB-IGLOO SERIES VI | : | RELATED TO CLAIM NO. 5 |
| TRUST, | : | |
|    Movant, | : | |
| | : | |
|        V. | : | |

MICHAEL EUGENE MOSS, SUZANNE
MARIE MOSS AND RONDA J.
WINNECOUR, CHAPTER 13 TRUSTEE,
   Respondents.

**CERTIFICATE OF SERVICE OF DECLARATION REGARDING
NOTICE OF POST-PETITION MORTGAGE FEES, EXPENSES & CHARGES**

     I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on June 18, 2025.

     The type of service made on the parties was: *Electronic Notification via the CM/ECF System*

- Office of the United States Trustee at ustpregion03.pi.ecf@usdoj.gov

- Ronda J. Winnecour at cmecf@chapter13trusteewdpa.com

- Brent J. Lemon on behalf of Creditor Limosa LLC at blemon@kmllawgroup.com, lemondropper75@hotmail.com

- Lauren Moyer on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association, as Trustee of LB-Igloo Series VI Trust at bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com

EXECUTED ON June 18, 2025          Respectfully submitted,

                                   THE QUINN LAW FIRM

                    BY:    /s/ Michael S. Jan Janin
                                   Michael S. Jan Janin, Esquire
                                   PA Id. No. 38880
                                   2222 West Grandview Boulevard
                                   Erie, Pennsylvania  16506-4508
                                   Telephone: 814-833-2222, Extension 1045
                                   Facsimile: 814-833-6753
                                   mjanjanin@quinnfirm.com
                                   Counsel for Debtors