IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | BANKRUPTCY NO. 22-10007 JCM |
| | : | |
| MICHAEL EUGENE MOSS AND SUZANNE MARIE MOSS, | : : | HONORABLE JOHN C. MELARAGNO |
| Debtor | : | CHAPTER 13 |
| | : | |
| US BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF LB-IGLOO SERIES VI TRUST, | : : : | RELATED TO CLAIM NO. 5-1 |
| Movant, | : | |
| | : | |
| v. | : | |
| | : | |
| MICHAEL EUGENE MOSS AND SUZANNE MARIE MOSS; and RONDA J. WINNECOUR, CHAPTER 13 TRUSTEE, | | |
| Respondents. | | |

### DECLARATION REGARDING NOTICE OF MORTGAGE PAYMENT CHANGE FILED IN COMPLIANCE WITH THE LOCAL RULES

I hereby certify as counsel for the Debtors that the existing Chapter 13 Plan is adequately funded and that there is no need to file an amended Chapter 13 Plan.

                Respectfully submitted,

                THE QUINN LAW FIRM

BY: /s/ Michael S. Jan Janin
    Michael S. Jan Janin, Esquire
    PA Id. No. 38880
    456 West 6th Street
    Erie, PA 16507
    Telephone: 814-833-2222, Extension 1045
    Facsimile: 814-833-6753
    mjanjanin@quinnfirm.com
    Counsel for Debtors, Michael Eugene Moss and Suzanne Marie Moss

1731865

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | BANKRUPTCY NO. 22-10007 JCM |
| | : | |
| MICHAEL EUGENE MOSS AND SUZANNE MARIE MOSS, | : | HONORABLE JOHN C. MELARAGNO |
| | : | |
| Debtor | : | CHAPTER 13 |
| | : | |
| US BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF LB-IGLOO SERIES VI TRUST, | : | RELATED TO CLAIM NO. 5-1 |
| | : | |
| Movant, | : | |
| | : | |
| v. | : | |
| | : | |
| MICHAEL EUGENE MOSS AND SUZANNE MARIE MOSS; and RONDA J. WINNECOUR, CHAPTER 13 TRUSTEE, | | |
| Respondents. | | |

**CERTIFICATE OF SERVICE OF DECLARATION REGARDING
NOTICE OF MORTGAGE PAYMENT CHANGE**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on December 16, 2025.

The types of service made on the parties was sent via CM/ECF Notification System (NO PAPER COPY) to:

- Office of the United States Trustee at ustpregion03.pi.ecf@usdoj.gov

- Ronda J. Winnecour at cmecf@chapter13trusteewdpa.com

- Lauren M. Moyer, Esquire, Counsel for Mortgage Company at bankruptcy@friedmanvartolo.com

EXECUTED ON: December 16, 2025

        Respectfully submitted,

        THE QUINN LAW FIRM

BY: /s/ Michael S. Jan Janin
     Michael S. Jan Janin, Esquire
     PA Id. No. 38880
     456 West 6th Street
     Erie, PA 16507
     Telephone: 814-833-2222, Ext. 1045
     Facsimile: 814-833-6753
     mjanjanin@quinnfirm.com
     Counsel for Debtors