IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY NO. 22-10007 JCM |
| | : | |
| MICHAEL EUGENE MOSS AND SUZANNE | : | HONORABLE JOHN C. MELARAGNO |
| MARIE MOSS, | : | |
| Debtors. | : | CHAPTER 13 |
| | : | |
| MICHAEL EUGENE MOSS AND SUZANNE | : | DATE AND TIME OF HEARING: |
| MARIE MOSS, | : | FEBRUARY 10, 2026 AT1:30 PM |
| Movants | : | |
| | : | RESPONSE DEADLINE: |
| v. | : | JANUARY 15, 2026 |

NO RESPONDENTS.

**NOTICE OF ZOOM HEARING WITH RESPONSE DEADLINE**
**REGARDING APPLICATION FOR FINAL COMPENSATION**

TO THE RESPONDENT(S):

**You are hereby notified that the above Movant seeks an order affecting your rights or property. You should take this Notice and the Motion to a lawyer at once.**

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion **by no later than January 15, 2026** (*i.e.*, seventeen (17) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the presiding judge as found on the Court's webpage at www.pawb.uscourts.gov. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

A **hearing will be held on February 10, 2026 at 1:30 pm before Judge John C. Melaragno in the Erie Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501**. Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

Date: December 29, 2025

Respectfully Submitted

QUINN, BUSECK, LEEMHUIS, TOOHEY
& KROTO, INC.

BY: /s/ Michael S. Jan Janin
    Michael S. Jan Janin, Esquire
    PA Id. No. 38880
    2222 West Grandview Boulevard
    Erie, Pennsylvania 16506-4508
    Phone: (814) 833-2222, Ext. 1045
    Facsimile: 814-833-6753
    mjanjanin@quinnfirm.com
    Attorneys for Debtors

1732407

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY NO.  22-10007 JCM |
| | : | |
| MICHAEL EUGENE MOSS AND SUZANNE | : | HONORABLE JOHN C. MELARAGNO |
| MARIE MOSS, | : | |
| Debtors. | : | CHAPTER 13 |
| | : | |
| MICHAEL EUGENE MOSS AND SUZANNE | : | DATE AND TIME OF HEARING: |
| MARIE MOSS, | : | FEBRUARY 10, 2026 AT1:30 PM |
| Movants | : | |
| | : | RESPONSE DEADLINE: |
| v. | : | JANUARY 15, 2026 |

NO RESPONDENTS.

**CERTIFICATE OF SERVICE OF APPLICATION FOR FINAL COMPENSATION and**
**NOTICE OF HEARING WITH RESPONSE DEADLINE**

I, the undersigned, certify that I served, or caused to be served, on December 29, 2025 a copy of the Summer Coversheet and Notice of Hearing, Application for Compensation upon each of the following persons and parties in interest as outlined below.

CM/ECF Notification Systems (NO PAPER COPY)

- Office of the United States Trustee at ustpregion03.pi.ecf@usdoj.gov

- Ronda J. Winnecour  cmecf@chapter13trusteewdpa.com

FIRST CLASS, POSTAGE PRE-PAID MAIL
- Michael Eugene Moss and Suzanna Marie Moss; 115 Jefferson Street, Linesville, PA 16424

FIRST CLASS, POSTAGE PRE-PAID MAIL
*(Notice of Hearing with Response Deadline and the Summary Cover Sheet only):*

- See the attached Mailing Matrix.

EXECUTED ON: December 29, 2025

Respectfully submitted,

QUINN, BUSECK, LEEMHUIS, TOOHEY,
& KROTO, INC.

BY:    /s/ Michael S. Jan Janin
Michael S. Jan Janin, Esquire
PA Id. No. 38880
2222 West Grandview Boulevard
Erie, Pennsylvania  16506-4508
Telephone: 814-833-2222, Extension 1045
Direct Dial: 814-314-1051
Facsimile: 814-833-6753
E-Mail: mjanjanin@quinnfirm.com
Counsel for Debtors

1732407

Label Matrix for local noticing
0315-1
Case 22-10007-JCM
WESTERN DISTRICT OF PENNSYLVANIA
Erie
Mon Dec 29 13:56:57 EST 2025

AES
P.O. Box 61047
Harrisburg, PA 17106-1047

Ally Bank
P.O. Box 380901
Bloomington, MN 55438-0901

Ally Bank c/o AIS Portfolio Services, LP
4515 N. Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Argolica LLC
2003 Western Avenue
Suite 340
Seattle, WA 98121-2162

Argolica LLC
3611 South Harbor Blvd.
#100
Santa Ana, CA 92704-7915

Argolica LLC
c/of KML Law Group PC
Mellon Independence CEnter
701 Market Street, Suite 5000
Philadelphia, PA 19106-1541

Atlantica LLC
2003 Western Avenue
Suite 340
Seattle, WA 98121-2162

Denise Carlon
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106-1541

CitiFinancial Services Inc.
281 North Street
Meadville, PA 16335-2521

(p)CITIFINANCIAL
BANKRUPTCY FORECLOSURE UNIT
1000 TECHNOLOGY DRIVE
OFALLON MO 63368-2239

CitiMortgage, Inc.
1000 Technology Drive
O'Fallon, MO 63368-2240

Crawford County Tax Claim Bureau
Crawford County Courthouse
903 Diamond Park
Meadville, PA 16335-2640

ECMC
P.O. Box 16408
St. Paul, MN 55116-0408

Michael S. Jan Janin
Quinn Buseck Leemhuis Toohey & Kroto Inc
2222 West Grandview Boulevard
Erie, PA 16506-4508

LVNV Funding LLC
PO Box 10587
Greenville, SC 29603-0587

Limosa, LLC
c/o LAND HOME FINANCIAL SERVICES, INC.
3611 SOUTH HARBOR BLVD, SUITE 100
SANTA ANA, CA 92704-7915

Midland Credit Management, Inc.
PO Box 2037
Warren, MI 48090-2037

Michael Eugene Moss
115 Jefferson Street
Linesville, PA 16424

Suzanne Marie Moss
115 Jefferson Street
Linesville, PA 16424

Lauren Moyer
Friedman Vartolo, LLP
1325 Franklin Ave
Suite 160
Garden City, NY 11530-1631

Office of the United States Trustee
1000 Liberty Avenue
Suite 1316
Pittsburgh, PA 15222-4013

PHEAA
PO Box 8147
Harrisburg, PA 17105-8147

(p)PNC BANK RETAIL LENDING
P O BOX 94982
CLEVELAND OH 44101-4982

Pennsylvania Department of Revenue
Bankruptcy Division
P.O. Box 280946
Harrisburg, PA 17128-0946

Pennsylvania Dept. of Revenue
Department 280946
P.O. Box 280946
ATTN: BANKRUPTCY DIVISION
Harrisburg, PA 17128-0946

Revolve Capital Group LLC
2400 East Katella Avenue
Suite 800
Anaheim, CA 92806-5955

SN Servicing Corporation as servicer for U.S
c/o Friedman Vartolo LLP
1325 Franklin Avenue
Suite 160
Garden City, NY 11530-1631

U.S. Bank Trust National Association,
as Trustee of LB-Igloo Series VI Trust
c/o SN Servicing Corporation
323 Fifth Street,
Eureka, CA 95501-0305

US Department of Education
PO Box 16448
Saint Paul, MN 55116-0448

Wilmington Savings Fund Society FSB
15480 Luguna Canyon Road
Suite 100
Irvine, CA 92618-2132

(p)CARRINGTON MORTGAGE SERVICE LLC
1600 S DOUGLAS RD SUITE 110
ANAHEIM CA 92806-5951

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219-2702


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


CitiFinancial Services Inc.
300 St. Paul Place
Legal Dept. 17th Floor
Baltimore, MD 21202

PNC Bank NA
Bankruptcy Department
PO BOX 94982
Cleveland, OH 44101

Wilmington Savings Fund Society FSB
c/of Carrington Mortgage Services LLC
1600 South Douglas Road, Suite 200-A
Anaheim, CA 92806


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(d)Ally Bank, c/o AIS Portfolio Services, LP
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

(d)Argolica LLC
c/of KML Law Group PC
Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106-1541

(d)ECMC
P.O. Box 16408
St. Paul, MN 55116-0408


(d)LVNV Funding LLC
PO Box 10587
Greenville, SC 29603-0587

(u)Limosa LLC

End of Label Matrix
Mailable recipients    32
Bypassed recipients     5
Total                  37