IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : BANKRUPTCY NO. 22-10007 JCM |
| | : |
| MICHAEL EUGENE MOSS AND SUZANNE MARIE MOSS, | : HONORABLE JOHN C. MELARAGNO |
| | : |
|     Debtors. | : CHAPTER 13 |
| | : |
| MICHAEL EUGENE MOSS AND SUZANNE MARIE MOSS, | : DATE AND TIME OF HEARING: |
| | : FEBRUARY 10, 2026 AT 1:30 PM |
|     Movants | : |
| | : RESPONSE DEADLINE: |
| v. | : JANUARY 15, 2026 |

NO RESPONDENTS.

## SUMMARY OF FEE PETITION CATEGORIES

AND NOW comes, the Debtors, Michael Eugene Moss and Suzanne Marie Moss, by and through their attorneys Quinn, Buseck, Leemhuis, Toohey & Kroto, Inc. and files this Summary of Fee Application of which the following is a statement:

1. General Administration – 12 hours
2. Chapter 13 petition – 12 hours
3. Chapter 13 plans/conciliations – 10 hours
4. Wage Motions – 2 hours
5. Claims – 6 hours
6. First meeting of creditors – 2 hours
7. Post petition vehicle financing – 5 hours

        Respectfully submitted,

        THE QUINN LAW FIRM

BY:     /s/ Michael S. Jan Janin
        Michael S. Jan Janin, Esquire
        PA Id. No. 38880
        456 West 6th Street
        Erie, PA 16507
        Telephone: 814-833-2222
        E-Mail: mjanjanin@quinnfirm.com
        Counsel for Debtors

1732978