IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY NO. 22-10007 JCM |
| | : | |
| MICHAEL EUGENE MOSS AND SUZANNE MARIE MOSS, | : : | HONORABLE JOHN C. MELARAGNO |
| Debtors. | : | CHAPTER 13 |
| | : | |
| MICHAEL EUGENE MOSS AND SUZANNE MARIE MOSS, | : : | DATE AND TIME OF HEARING: FEBRUARY 10, 2026 AT1:30 PM |
| Movants | : | |
| | : | RESPONSE DEADLINE: |
| v. | : | JANUARY 15, 2026 |

NO RESPONDENTS.

**CERTIFICATION OF NO OBJECTION REGARDING**
**APPLICATION FOR FINAL COMPENSATION (Doc. #54)**

    The undersigned hereby certifies that, as of the date hereof, no answer, objection, or other responsive pleading to the Application for final compensation filed December 29, 2025 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection, or other responsive pleading to the Application appears thereon. Pursuant to the Notice, objections to the Application were to be filed and served no later than January 15, 2026.

    It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Dated: January 23, 2026

                                                            Respectfully submitted,

                                                            QUINN, BUSECK, LEEMHUIS, TOOHEY
                                                            & KROTO, INC.

                     BY:      /s/ Michael S. Jan Janin
                                        Michael S. Jan Janin, Esquire
                                        PA Id. No. 38880
                                        2222 West Grandview Boulevard
                                        Erie, Pennsylvania 16506-4508
                                        Telephone: 814-833-2222, Ext. 1045
                                        Facsimile: 814-833-6753
                                        mjanjanin@quinnfirm.com
                                        Counsel for Debtor

1732406