IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : BANKRUPTCY NO. 22-10007 JCM |
| | : |
| MICHAEL EUGENE MOSS AND SUZANNE MARIE MOSS, | : HONORABLE JOHN C. MELARAGNO |
| Debtors. | : CHAPTER 13 |
| | : |
| MICHAEL EUGENE MOSS AND SUZANNE MARIE MOSS, | : |
| Movants | : Related Document No. 54 |
| | : |
| v. | : |
| NO RESPONDENTS. | |

## ORDER

AND NOW, this 26th day of **January, 2026**, it is hereby **ORDERED, ADJUDGED, and DECREED** that:

1. The *Application for Compensation* is **GRANTED** in the amount of $6,000.00 in fees and $500.00 in costs for services performed by Counsel for the Debtors for the period between January 6, 2022 and December 31, 2025.

2. The total amount of compensation, including the no-look fee, the amount set forth in Paragraph 1, above, and all other approved applications in this case amounts to $6,000.00 in fees and $500.00 in costs.

3. A total of $1,000.00 in compensation remains due.

4. The total compensation due set forth in Paragraph 3 ("Fees") may only be paid through the Chapter 13 Plan ("Plan") if Payment of the fees does not decrease the percentage or amount to be paid to other creditors through the Plan.

5. If the Trustee has funds on hand after the goals of the Plan are achieved or if the Fees are included in the confirmed Plan, the Trustee is authorized to make payment to the Movant of the Fees, otherwise, Debtors must amend the Plan within 14 days from the date of this Order.

_____
Honorable John C. Melaragno
United States Bankruptcy Judge
SIGNED
1/26/26 12:59 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

1731948

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-10007-JCM |
| Michael Eugene Moss | Chapter 13 |
| Suzanne Marie Moss | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 2 |
| Date Rcvd: Jan 26, 2026 | Form ID: pdf900 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 28, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | Michael Eugene Moss, Suzanne Marie Moss, 115 Jefferson Street, Linesville, PA 16424 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 28, 2026         Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 26, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor Limosa LLC dcarlon@kmllawgroup.com |
| Lauren Moyer | on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of LB-Igloo Series VI Trust bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com |
| Michael S. Jan Janin | on behalf of Joint Debtor Suzanne Marie Moss mjanjanin@quinnfirm.com mmerritt@quinnfirm.com;mtrayer@quinnfirm.com;mmartinucci@quinnfirm.com;Janin.MichaelR117420@notify.bestcase.com |
| Michael S. Jan Janin | on behalf of Debtor Michael Eugene Moss mjanjanin@quinnfirm.com mmerritt@quinnfirm.com;mtrayer@quinnfirm.com;mmartinucci@quinnfirm.com;Janin.MichaelR117420@notify.bestcase.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

District/off: 0315-1 User: auto Page 2 of 2
Date Rcvd: Jan 26, 2026 Form ID: pdf900 Total Noticed: 1
TOTAL: 6